## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

| | | |
|---|---|---|
| MALIK SMITH, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No:_____ |
| DOORDASH, INC., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant DoorDash, Inc. ("DoorDash"), through its undersigned counsel, hereby gives notice that it has removed from the Circuit Court for Baltimore City to the United States District Court for the District of Maryland, the Civil Action titled *Malik Smith et. al v. Doordash, Inc.* et. al., Case No. 24C22003506 (the "State Court Action"), and states as follows:

### Statement of Grounds for Removal

1.  On August 11, 2022, Plaintiffs commenced the State Court Action by filing a complaint in the Circuit Court for Baltimore City alleging common law claims for negligence, negligent hiring, training, and supervision and loss of consortium.

2.  Upon information and belief, at the time of filing the Complaint, Plaintiffs, Malik Smith and Ashley Smith were and are residents of Baltimore, Maryland. (*See* Compl.).

3.  At the time of filing the Complaint, DoorDash, was and is, a foreign corporation formed under the laws of the State of Delaware, with its principal place of business located at 303 2nd Street, Suite 800, San Francisco, California 94107.

4.  Upon information and belief, at the time of filing the Complaint, Defendant Najah Fink ("Fink") was and is a resident of Dover, Pennsylvania. (*See* Compl.).

5.  DoorDash was served with the Summons and the Complaint on August 22, 2022.

6.  According to the Complaint, the alleged incident which gave rise to Plaintiff bringing this civil action against DoorDash and Fink occurred in Baltimore, Maryland. (Compl. ¶ 1).

7.  This Action is a civil action over which this Court has original jurisdiction, pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by DoorDash pursuant to the provisions of 28 U.S.C. § 1441(a) in that there exists complete diversity between the parties in the Action and the amount in controversy exceeds the jurisdictional minimum sum of $75,000, exclusive of interests and costs. More specifically, Plaintiffs seek damages in an amount exceeding $75,000. (*See* Compl. p. 4).

**Statement of Compliance with 28 U.S.C. §§ 1441, 1446**

8.  DoorDash was served with process on August 22, 2022. Accordingly, DoorDash is filing this Notice of Removal in compliance with the requirements of 28 U.S.C. § 1446(b), which generally provides that "removal of a civil action or proceeding shall be filed within 30 days after receipt by [DoorDash], through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…."

9.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of pleadings and orders served on DoorDash, or otherwise obtained by DoorDash from the Circuit Court's file, in connection with this action are attached hereto as **EXHIBIT 1.**

10. The docket of the Circuit Court for Baltimore City does not reflect that Defendant Fink has yet been served with process. Therefore, in accordance with 28 U.S.C. § 1446(b)(2)(A),

all defendants who have been properly joined and served consent in the removal of this action, DoorDash being the only such defendant.

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on the Plaintiffs, on Defendant Fink at the address identified on the Complaint, and filed with the Clerk of the Circuit Court for Baltimore City. A true and correct copy of the Notice of Filing of Notice of Removal is attached hereto as **EXHIBIT 2**.

## Statement of Compliance with Local Rule 103.5

12. In accordance with Local Rule 103.5(a), within thirty (30) days after the filing of this Notice of Removal, DoorDash will file true and legible copies of all other papers, if any, then on file in the state court, together with a certification from counsel that all filings in the State Court Action have been filed in the United States District Court for the District of Maryland.

13. In accordance with Local Rule 103.5(c), within seven (7) days after filing this Notice of Removal, DoorDash will file the Disclosures of Affiliations and Financial Interest required by Local Rule 103.3.

## Reservation of Rights

14. DoorDash specifically reserves the right to amend or supplement this Notice of Removal. DoorDash also reserves all defenses that it may assert against Plaintiffs' claims.

WHEREFORE, because this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and removal is appropriate pursuant to 28 U.S.C § 1441(a), notice is hereby given that this action, now pending in the Circuit Court for Baltimore City, Maryland as Case No. 24C22003506, is removed in its entirety to this Court.

Dated: September 21, 2022                    Respectfully submitted,

                                                                            /s/ *Christopher C. Dahl*
                                        Christopher C. Dahl (Bar No. 29649)
                                        Reba A. Letsa (Bar No. 21273)
                                        BAKER, DONELSON, BEARMAN, CALDWELL &
                                        BERKOWITZ, PC
                                        100 Light Street
                                        19th Floor
                                        Baltimore, MD 21202
                                        P: 410.862.1134
                                        F: 410.547.0699
                                        E: cdahl@bakerdonelson.com
                                        E: rletsa@bakerdonelson.com

                                        *Counsel for Defendant DoorDash, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2022, a copy of the foregoing Notice of Removal was filed via the Court's Electronic Filing System, and further, that I served a true and correct copy of same via U.S. Mail, postage prepaid, on the following:

Suzanne V. Burnett
Potter Burnett Law
16701 Melford Boulevard, Suite 421
Bowie, Maryland 20715
*Counsel for Plaintiffs*

    and

Najah Fink
115 Cedar Drive
Dover, PA 17315
*Defendant*

                                                      */s/ Christopher C. Dahl*
                                                  Christopher C. Dahl