# Exhibit 1

IN THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY

MALIK SMITH
3715 Chesmont Avenue
Baltimore, MD 21206

and

ASHLEY SMITH
3715 Chesmont Avenue
Baltimore, MD 21206

          Plaintiffs

v.

DOORDASH, INC.
also d/b/a DOORDASH G&C, LLC
and DOORDASH ESSENTIALS, LLC
Serve: The Corporation Trust, Inc.
2405 York Road
Suite 201
Lutherville Timonium, MD 21093

and

NAJAH FINK
115 Cedar Drive
Dover, PA 17315

          Defendants

RECEIVED
AUG 11 2022
CIRCUIT COURT
FOR BALTIMORE CITY

Case No: 24-C-22-003546

## COMPLAINT

Plaintiff, Malik Smith, by his attorneys, Suzanne V. Burnett and Potter Burnett Law, hereby files suit against the Defendants, Doordash, Inc., also d/b/a Doordash G&C, LLC and Doordash Essentials, LLC, and Najah Fink, and for reasons, states as follows:

POTTER BURNETT LAW
16701 MELFORD BLVD
SUITE 421
BOWIE, MD 20715
301.850.7000

## INTRODUCTION

1. On or about February 11, 2020, Plaintiff, Malik Smith, was the operator of a vehicle traveling eastbound on Pulaski Highway.

2. At that same time and place, a vehicle operated by the Defendant, Najah Fink, who at all times relevant was the agent, servant, and/or employee of Doordash, Inc., made an unsafe u-turn and struck Plaintiff's vehicle, causing Plaintiff's vehicle to overturn.

3. At all times relevant herein, Plaintiff, Malik Smith, was exercising due care, and was free of negligence.

## COUNT I – NEGLIGENCE
### Malik Smith v. Najah Fink

4. Plaintiff, Malik Smith, realleges the facts and allegations set forth in the Introduction, and further states as follows:

5. The negligence of the Defendant, Najah Fink (herein after "Defendant Fink"), was the proximate cause of the crash in that said Defendant negligently made an unsafe u-turn, negligently failed to keep a proper lookout for other vehicles, negligently failed to keep proper control of his vehicle, negligently traveled at a speed unsafe for the conditions existing, negligently failed to pay full time and attention, and was otherwise careless and negligent, thereby causing a collision with the motor vehicle occupied by the Plaintiff.

6. As a direct and proximate result of Defendant Fink's negligence, Plaintiff sustained serious permanent bodily injuries; has experienced and will continue to experience pain and suffering; has lost and may continue to lose wages

and earnings; has incurred and may continue to incur medical and other expenses; has been and may continue to be affected in activities of daily living; and has suffered and may continue to suffer other damages.

WHEREFORE, Plaintiff, Malik Smith, demands judgment against Defendant Najah Fink in excess of Seventy-Five Thousand Dollars ($75,000.00).

### COUNT II – NEGLIGENT HIRING, TRAINING, AND SUPERVISION
Malik Smith v. Doordash, Inc. also d/b/a Doordash G&C, LLC and Doordash Essentials, LLC

7. Plaintiff, Malik Smith, realleges the facts and allegations set forth in the Introduction and Count I, and further states as follows:

8. Defendant Doordash, Inc. had a duty to use reasonable care to select an employee such as Defendant Fink, who was competent and fit to perform the duties required as an employee, including the reasonable and safe operation of a motor vehicle. Defendant Doordash, Inc. owed such a duty to the Plaintiff, and such duty was breached.

9. Defendant Doordash, Inc. had a duty to reasonably and competently train Defendant Fink in performance of his job duties including, but not limited to, training on safe and lawful driving. Defendant Doordash, Inc. owed such a duty to Plaintiff and such duty was breached.

10. Defendant Doordash, Inc. had a duty to reasonably supervise Defendant Fink in the performance of his job duties, including the reasonable operation of the vehicle involved in the collision identified above.

11. Defendant Doordash, Inc. knew, or should have known, as set forth above, that Defendant Fink would be likely to operate his vehicle in a negligent

and reckless manner causing harm to other drivers on the roadway.

12. As a direct and proximate result of Defendant Doordash, Inc.'s negligence, Plaintiff sustained serious permanent bodily injuries; has experienced and will continue to experience pain and suffering; has lost and may continue to lose wages and earnings; has incurred and may continue to incur medical and other expenses; has been and may continue to be affected in activities of daily living; and has suffered and may continue to suffer other damages.

WHEREFORE, Plaintiff, Malik Smith, demands judgment against Defendant Doordash, Inc. in excess of Seventy-Five Thousand Dollars ($75,000.00).

### COUNT III – LOSS OF CONSORTIUM
Malik Smith and Ashley Smith v. Najah Fink and Doordash, Inc. also d/b/a Doordash G&C, LLC and Doordash Essentials, LLC

13. Plaintiffs, Malik Smith and Ashley Smith, reallege the facts and allegations set forth in the Introduction and Counts I and II, and further state as follows:

14. Plaintiffs were married to each other at the time of the events giving rise to this action and are still married.

15. The negligence of the Defendants proximately caused Plaintiffs to suffer a loss of consortium for which they jointly make claim in this action.

WHEREFORE, Plaintiffs, Malik Smith and Ashley Smith, jointly claim compensatory damages against the Defendants in excess of Seventy-Five Thousand Dollars ($75,000.00), plus interest and the cost of this action.

POTTER BURNETT LAW
16701 MELFORD BLVD
SUITE 421
BOWIE, MD 20715
301.850.7000

Respectfully submitted,

*Suzanne V Burnett* (signature)

Suzanne V. Burnett
AIS No. 1006170256
Potter Burnett Law
16701 Melford Boulevard
Suite 421
Bowie, MD 20715
301-850-7000
suzanne@potterburnettlaw.com
*Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff demands Trial by Jury on all issues herein.

*Suzanne V Burnett* (signature)

Suzanne V. Burnett

IN THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE CITY

MALIK SMITH, et al.                    :

          Plaintiffs    :

    v.                                                  :   Case No:

DOORDASH, INC., et al.             :

          Defendants   :

RECEIVED
AUG 1 1 2022
CIRCUIT COURT
FOR BALTIMORE CITY

**LINE**

Please issue a Summons for the Defendants, Doordash, Inc. and Najah Fink, and return to undersigned counsel for service.

Respectfully submitted,

*Suzanne V. Burnett* (signature)

Suzanne V. Burnett
AIS No. 1006170256
16701 Melford Boulevard
Suite 421
Bowie, MD 20715
(301) 850-7000
suzanne@potterburnettlaw.com
*Attorney for Plaintiff*

IN THE CIRCUIT COURT FOR Baltimore City
(City or County)

**CIVIL - NON-DOMESTIC CASE INFORMATION REPORT**

**DIRECTIONS**
*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT    CASE NUMBER _____ (Clerk to insert)
**CASE NAME:** Malik Smith, et al. (Plaintiff) vs. Doordash, Inc., et al. (Defendant)
**PARTY'S NAME:** Malik Smith and Ashley Smith
**PARTY'S ADDRESS:** 3715 Chesmont Avenue, Baltimore, MD   **PHONE:** 443-694-6785 (Daytime phone)
**PARTY'S E-MAIL:** mrmalik1121@icloud.com

**If represented by an attorney:**
**PARTY'S ATTORNEY'S NAME:** Suzanne V. Burnett   **PHONE:** 301-850-7000
**PARTY'S ATTORNEY'S ADDRESS:** 16701 Melford Boulevard, Suite 421, Bowie, MD 20715
**PARTY'S ATTORNEY'S E-MAIL:** suzanne@potterburnettlaw.com
**JURY DEMAND?** ☒ Yes ☐ No
**RELATED CASE PENDING?** ☐ Yes ☒ No   If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL:** ___ hours or __2__ days

**PLEADING TYPE**
**New Case:** ☒ Original    ☐ Administrative Appeal   ☐ Appeal
**Existing Case:** ☐ Post-Judgment   ☐ Amendment
*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

**IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)**

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt:____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☒ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 11/2016)            Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) ||||
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated Liability above*, mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000    ☐ $10,000 - $30,000    ☐ $30,000 - $100,000    ☒ Over $100,000

☐ Medical Bills $_____    ☐ Wage Loss $_____    ☐ Property Damages $_____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation       ☒ Yes   ☐ No         C. Settlement Conference   ☒ Yes   ☐ No
B. Arbitration     ☐ Yes   ☒ No         D. Neutral Evaluation       ☐ Yes   ☒ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.
*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less        ☐ 3 days of trial time
☐ 1 day of trial time             ☐ More than 3 days of trial time
☐ 2 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited-** Trial within 7 months of Defendant's response       ☐ **Standard** - Trial within 18 months of Defendant's response

### EMERGENCY RELIEF REQUESTED

### COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☒ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

8/9/22
Date

16701 Melford Boulevard, Suite 421
Address

Bowie, MD 20715
City, State, Zip

*Signature of Counsel / Party*

Suzanne V. Burnett AIS No. 1006170256
Printed Name

CC-DCM-002 (Rev. 11/2016)          Page 3 of 3

[18s
Case: 24-C-22-003506
CV File New
                    $80.00
RIF-New Case
                    $30.00
Appear Fee
                    $20.00
MLSC
                    $55.00
TOTAL               $185.00

Receipt #202200015087
Cashier: LGC cbv00308STID
08/15/22    8:59am

[1s

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

MALIK SMITH, et al.          :

        Plaintiff   :

v.                           :   Case No: 24-C-22-003506 MT

DOORDASH, INC., et al.       :

        Defendants  :

### AFFIDAVIT OF SERVICE

1. I, Suzanne V. Burnett, am at least 18 years of age, competent to testify, and not a party to this action.

2. On August 22, 2022, service of the Summons, Complaint, Request for Production of Documents, and Interrogatories was made by certified mail upon Doordash, Inc. c/o The Corporation Trust, Inc., 2405 York Road, Suite 201, Lutherville Timonium, MD 21093.

3. The Defendant is not subject to the provisions of the Soldiers' and Sailors' Civil Relief Act of 1940.

4. Attached is the certified mail receipt. The cost of this service was $16.24.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Suzanne V. Burnett - AIS No. 1006170256
16701 Melford Boulevard, Suite 421
Bowie, MD 20715
(301) 850-7000
suzanne@potterburnettlaw.com
*Attorney for Plaintiff*

POTTER BURNETT LAW
16701 MELFORD BLVD
SUITE 421
BOWIE, MD 20715
301.850.7000



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$ 16.24

Postmark Here
M. Smith

Sent To: Doordash, Inc.
Street and Apt. No., or PO Box No.: 2405 York Rd, Suite 201
City, State, ZIP+4®: Lutherville Timonium, MD 21093

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 0410 0000 0703 3289

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Doordash, Inc.
c/o The Corporation Trust
2405 York Road
Suite 201
Lutherville Timonium, MD 21093

9590 9402 7225 1284 6001 40

2. Article Number (Transfer from service label)
7022 0410 0000 0703 3289

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name): Sara M. Kryscio
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

AUG 2 2 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt